IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JAMIE L. FRAZIER,**

    *Plaintiff*,

v.                                          Case No.: 5:25cv139-MW/MJF

**BAY COUNTY SHERIFF'S
DEPARTMENT, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Rather than file objections to the report and recommendation, Plaintiff has filed a "proposed amended complaint." ECF No. 15. The Magistrate Judge recommends dismissing this action based on Plaintiff's failure to comply with the Local Rules for the Northern District of Florida, inasmuch as Plaintiff failed to truthfully disclose his litigation history. The Magistrate Judge identifies a 2005 federal case from Georgia that Plaintiff failed to disclose on his complaint. His proposed amended complaint omits this case as well. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice** for failure to comply with the Local Rules for the Northern District of Florida." The Clerk shall close the file.

**SO ORDERED on November 19, 2025.**

s/Mark E. Walker
**United States District Judge**